UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

Case No.    –CIV-[JUDGE Ursula Ungaro]

Micheline Baptiste,

   Plaintiff



   v.                               Civil Action No.

C & F Properties LLC, d/b/a
Suncoast Place Apartments,

   Defendant(s)

_____/

**APPLICATION TO ONE DISTRICT JUDGE FOR OTHER RELIEF**

I, Micheline Baptiste, a Plaintiff in case ***Baptiste v. C & F Properties, LLC*** and Defendant in case ***C & F Properties, LLC v. Baptiste***, and states, I'm unable to seek relief, redress or money for injuries, damages caused to me and that I'm entitled to this relief requested.

In support of this application, I state the following under penalty of perjury:

1. I, Micheline Baptiste, a citizen of the United States of America.

1

2. I, Micheline Baptiste, a Plaintiff in *Baptiste v. C & F Properties, LLC*, case no. 2016-5455-CC-23.

3. I, Micheline Baptiste a Defendant in *C & F Properties, LLC v. Baptiste*, case no. 2014-5457-CC-23.

4. I, Micheline Baptiste on or about June 19 2013 paid security deposit in the amount of $500.00 to Defendant, C & F Properties, LLC d/b/a Suncoast Place Apartments.

5. On or about April 21 2014 I, Micheline Baptiste filed an answer, counterclaim, motion to determine amount of rent to be paid and motion to drop a party.

6. In the above case(s) I, Micheline Baptiste sought relief, money for injuries caused to me.

7. In case, *C & F Properties, LLC v. Baptiste*, case no. 2014-5457-CC-23 my counterclaim, avoided or not heard. Court or judge entered no decision or judgment for my relief sought.

8. In case, *Baptiste v. C & F Properties, LLC*, case no. 2016-5455-CC-23, dismissed.

9. I have attached the following documents or information:

    a. Lease information pertaining to security deposit.

    b. Answer and counterclaim

c. Motion to determine amount of rent to be paid and motion to drop a party.

d. An order or decision from the County Court in and for Miami Dade County, Justice Center, case no. 2016-5455-CC-23.

e. An order or decision from the County Court in and for Miami Dade County, Justice Center case no. 2014-5457-CC-23.

By my signature, I declare under penalty of perjury that the above information is true to the best of my knowledge.

Date April 22, 2019

_____
Plaintiff/Party

Micheline Baptiste
_____
Printed Name

Email: michelinebaptiste001@outlook.com
Address: P.O. Box 613961
North Miami
FL, 33261

Telephone: (786) 237-4533

3